UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

LYNARE PIPITONE and NATHAN PIPITONE,  :
                                                        :

            Plaintiffs,                        :

                                                         :

                  v.                            :          No. 5:16-cv-03777

                                                         :

CAMP, DRESSER AND MCKEE,             :
*also known as* CDM Smith, Inc.,           :

                                                         :

            Defendant.                     :

_____

# **O R D E R**

**AND NOW**, this 1ˢᵗ day of May, 2017, upon consideration of Defendant's Motion for

Summary Judgment, ECF No. 19, and for the reasons set forth in the Opinion issued this date, **IT**

**IS ORDERED THAT:**

1. Defendant's Motion, ECF No. 19, is **GRANTED**;

2. The Clerk of Court is directed to **CLOSE** this case.


                                              BY THE COURT:



                                              */s/ Joseph F. Leeson, Jr.*_____
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge